IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN D. PRINCES, | : | |
| Plaintiff, | : | Civil Action No. 2:17-1238 |
| v. | : | |
| INDIANA UNIVERSITY OF PENNSYLVANIA, | : | |
| Defendant. | : | Jury Trial Demanded |

## ORDER OF COURT

AND NOW, to wit, this /7 day of January, 2019, it is hereby ordered and decreed that the within matter is dismissed with prejudice.

BY THE COURT:

_Cynthia R. Eddy_, J.